**DISMISSED and Opinion Filed March 12, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-11-01483-CV**
_____

**GABRIEL AGUINAGA, SAN JUANA GONZALEZ-AGUINAGA, AND/OR ALL OTHER OCCUPANTS OF 233 LOS CABOS DRIVE, DALLAS, TX 75232, Appellants**
**V.**
**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05039-E**

**MEMORANDUM OPINION**

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis

On February 13, 2013, we ordered the parties to file a status report within ten days and told them that if they did not do so, this case would be dismissed. The parties have not filed a status report or otherwise communicated with this Court about the appeal. We therefore **DISMISS** this appeal. *See* TEX. R. APP. P. 42.3(c).

PER CURIAM

111483F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GABRIEL AGUINAGA, SAN JUANA
GONZALEZ-AGUINAGA, AND/OR ALL
OTHER OCCUPANTS OF 233 LOS
CABOS DRIVE, DALLAS, TX 75232,
Appellants

No. 05-11-01483-CV     V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-11-05039-E.
Opinion delivered per curiam before Chief
Justice Wright and Justices Lang-Miers and
Lewis.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, N.A. recover its costs of this appeal from appellants GABRIEL AGUINAGA, SAN JUANA GONZALEZ-AGUINAGA, AND/OR ALL OTHER OCCUPANTS OF 233 LOS CABOS DRIVE, DALLAS, TX 75232.

Judgment entered this 12th day of March, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE